```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NAZEEM FRANCIS, JONATHAN COLON, JULIO OZUNA, PRINCE GAINES, ERICK OLEAGA, KHALIL SUGGS, and VICTOR MARTINEZ

Defendants.

1:20-cr-213-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Defendant Jonathan Colon has been named in Counts One, Two and Three of the Superseding Indictment filed in this case [ECF #23]. Attorney Mark DeMarco previously has been appointed as lead counsel representing Mr. Colon. As a result of the nature of the charges against him, Defendant Colon also is eligible for learned counsel pursuant to 18 U.S.C. § 3005. The Court is in receipt of a letter from the Federal Defenders of New York, which *inter alia* proposes Jeremy Schneider as a second attorney, learned in the law of capital cases, to represent Mr. Colon. The Federal Defenders states that it has conferred with the Government and with Defense Counsel and also has confirmed Mr. Schneider does not have a conflict that would prevent him from representing Mr. Colon in this case. Accordingly,

IT IS HEREBY ORDERED that Jeremy Schneider of the bar of this Court is appointed as learned counsel for Defendant Jonathan Colon.

**SO ORDERED.**

Date: **April 28, 2020**
      **New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**