UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/21
```

_____

UNITED STATES OF AMERICA,　　　　　　　　　1:20-cr-00213 (MKV)

　　　　　　-against-　　　　　　　　　　　　**ORDER**

JONATHAN COLON,

　　　　　　Defendant.

_____

MARY KAY VYSKOCIL, United States District Judge

　　　　Change of Plea Hearing for Jonathan Colon is scheduled for 6/24/21 at 9am before Judge Mary Kay Vyskocil.

　　　　The hearing will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 18C.

**SO ORDERED.**

**Date: June 17, 2021**

　　　　　　　　　　　　　　　　　　　_/s/ Mary Kay Vyskocil_
　　　　　　　　　　　　　　　　　　　MARY KAY VYSKOCIL
　　　　　　　　　　　　　　　　　　　United States District Judge