UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:20-cr-00213 (MKV) |
| -against- | **ORDER** |
| JONATHAN COLON, | |
| Defendant. | |

_____

MARY KAY VYSKOCIL, United States District Judge

      Change of Plea Hearing for Jonathan Colon is scheduled for 6/24/21 at 9am before Judge Mary Kay Vyskocil.

      The hearing will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 18C.

**SO ORDERED**

**Date: June 22, 2021**

*[Signature]*
MARY KAY VYSKOCIL
United States District Judge