UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   10/28/2021
```

UNITED STATES OF AMERICA,                     1:20-cr-0213-3 (MKV)

        -against-                                    **ORDER**

JONATHAN COLON

        Defendant.

MARY KAY VYSKOCIL, United States District Judge

    IT IS HEREBY ORDERED that the sentencing scheduled for OCTOBER 28, 2021 is adjourned to NOVEMBER 30th, 2021 at 11:30AM.

    The proceeding will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, in courtroom 18C.

**SO ORDERED.**

**Date: October 28, 2021**

                                      MARY KAY VYSKOCIL
                                      United States District Judge