**Mark S. DeMarco**
Attorney At Law
3867 East Tremont Avenue
Bronx, New York 10465
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

November 26, 2021

The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

**BY ECF & ELECTRONIC MAIL**

Re:     ***United States v. Jonathan Colon***
         **20 Cr. 213 (MKV)**

Your Honor:

        The attached letter is respectfully submitted to supplement Mr. Colon's previously
filed sentencing submissions. Mr. Colon is scheduled to be sentenced on November 30, 2021.

        Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    *Mark S. DeMarco*

                                    Mark S. DeMarco
                                    Jeremy Schneider
                                    Attorneys for Jonathan Colon

cc:     Allison Nichols, Esq.
        Jamie Bagliebter, Esq.
        Assistant United States Attorneys
        Southern District of New York
        By Electronic Mail