UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    11/30/21

_____

UNITED STATES OF AMERICA,                         1:20-cr-0213-3 (MKV)

                         -against-                          **ORDER**

JONATHAN COLON

                         Defendant.

_____

MARY KAY VYSKOCIL, United States District Judge


        IT IS HEREBY ORDERED that the sentencing scheduled for NOVEMBER 30TH , 2021
is adjourned to DECEMBER 3RD , 2021 at 2:30PM.

        The proceeding will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl
Street, New York, NY, in courtroom 18C.


**SO ORDERED.**

**Date: November 30, 2021**

MARY KAY VYSKOCIL
United States District Judge