UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
  #:_____
DATE FILED: 12/6/21
```

UNITED STATES OF AMERICA,                     1:20-cr-0213-3 (MKV)

        -against-                              **ORDER**

JONATHAN COLON

        Defendant.

MARY KAY VYSKOCIL, United States District Judge

    IT IS HEREBY ORDERED that the sentencing scheduled for DECEMBER 3RD, 2021 is adjourned to JANUARY 7, 2022 at 2:00PM.

    The proceeding will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, in courtroom 18C.

**SO ORDERED. Date:**

**December 6, 2021**

                                                   MARY KAY VYSKOCIL
                                                   United States District Judge