```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-    1:20-cr-213 (MKV)

JONATHAN COLON,    ORDER

                       Defendant.

MARY KAY VYSKOCIL, United States District Judge:

On January 7, 2022, Defendant Colon was sentenced principally to a below-Guidelines term of imprisonment of 200 months, to be followed by three years of supervised release.

On April 19, 2024, Defendant Colon filed a motion requesting that this Court appoint him counsel to consider whether he is entitled to a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline amendments which went into effect on November 1, 2023 and applies retroactively. The United States Probation Department has issued a report indicating that Defendant is not eligible for a sentence reduction. [*See* ECF No. 299].

The Court has considered the record in this case, and the submissions on this motion filed by Defendant [ECT No. 295] and the Government [ECF No. 297].

It is hereby ORDERED that the Defendant is ineligible for this reduction because the offense for which Defendant was convicted resulted in death, *see* U.S.S.G. § 4C1.1(a)(4), and because Defendant already received a sentence lower than what the potential amended sentence range would be if the Amendment were applicable. *see* U.S.S.G. § 1B1.10(b)(2)(a). Accordingly, this motion is DENIED.

**SO ORDERED.**

**Dated: May 29, 2024**
       **New York, New York**　　　　　　　　　　_____
                                                         MARY KAY VYSKOCIL
                                                         United States District Judge