USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JONATHAN COLON,

Defendant.

1:20-cr-213 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On April 24, 2023, Defendant Colon filed a motion pursuant to 28 U.S.C. § 2255 (Dkt. 286, the "Motion") to vacate his conviction of Count Two of the Superseding Indictment in this action, which charged him with attempted Hobbs Act Robbery in violation of 18 U.S.C. §§ 1951 and 2. On June 26, 2023, the Government filed a letter brief in opposition to Defendant Colon's motion. [ECF No. 288]. However, on August 9, 2023, Defendant Colon filed an "Amended" motion pursuant to 28 U.S.C. § 2255 (the "Amended Motion") seeking the same. [ECF No. 289]. The Government did not file an opposition to the Amended Motion.

Accordingly, IT IS HEREBY ORDERED that no later than June 10, 2024, the Government shall file on the docket a letter advising the Court whether it intends to file an opposition to Defendant Colon's Amended Motion or whether it intends to rest on its Opposition to Defendant's originally filed motion.

SO ORDERED.

Dated: June 5, 2024
      New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge